UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    DONALD TENTLER  
    LYDIA TENTLER  
        Debtor(s)

Case No. 11-27832

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/05/2011.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/01/2011.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $59,274.56.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,341.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,341.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $145.36 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $145.36

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| ADVANCED CARDIOLOGY | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED SURGICAL ASSOC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED WOMENS CARE CENTER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGY CONS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN PEDIATRICS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AUSTIN BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING | Secured | 29,851.42 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,990.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 872.00 | NA | NA | 0.00 | 0.00 |
| BEDINGFIELD & ROSS MD | Unsecured | 557.09 | NA | NA | 0.00 | 0.00 |
| BIORN CORPORATION | Unsecured | 208.90 | NA | NA | 0.00 | 0.00 |
| BUFFALO GROVE ORTHOPAEDICS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,846.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,133.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 867.00 | NA | NA | 0.00 | 0.00 |
| DEBORAH METROKA | Unsecured | 62.10 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY LIMITED | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ELGIN CLINIC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST ANESTHESIOLOGISTS | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST CLINIC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 18,550.00 | NA | NA | 1,242.83 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 22,120.00 | NA | NA | 1,669.18 | 0.00 |
| FOX VALLEY LABORATORY PHYS | Unsecured | 13.50 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY WOMENS HEALTHCAR | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FRANKLIN CAPITAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GASTROENTEROLOGY CONSULTANT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1,956.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 714.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL LABORATORY | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| GOOD SHEPHERD HOSPITAL | Unsecured | 358.77 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT | Secured | 748.00 | NA | NA | 283.63 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP III | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,817.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| MATERNAL-FETAL CONSULTANTS | Unsecured | 158.50 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,035.90 | NA | NA | 0.00 | 0.00 |
| MIDWEST PEDIATRIC CARDIOLOGY | Unsecured | 14.30 | NA | NA | 0.00 | 0.00 |
| MIDWEST RETINA CONSULTANTS | Unsecured | 209.55 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 340.83 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| NEUROSURGERY & SPINE SURGERY | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| NWHC HOFFMAN ESTATES | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| PRINCIPAL RESIDENTIAL MORTGAG | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE PARTNERS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 1,925.26 | NA | NA | 0.00 | 0.00 |
| TARGET CREDIT CARD | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY EMERGENCY PHYSICIA | Unsecured | 31.10 | NA | NA | 0.00 | 0.00 |
| UNION ACCEPTANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNION ACCEPTANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED ANESTHESIA ASSOC | Unsecured | 23.91 | NA | NA | 0.00 | 0.00 |
| VW CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| YATES & ASSOC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $3,195.64 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$3,195.64** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $145.36 |
| Disbursements to Creditors | $3,195.64 |
| **TOTAL DISBURSEMENTS:** | **$3,341.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/09/2012                    By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**